**No. 40414.**—Protest 954212–G of R. H. Macy & Co. (New York).

Opinion by BROWN, J.   There was nothing in the papers presented to sustain the claim made.   The protest was therefore overruled.

**No. 40415.**—Protests 490721–G, etc., of C. H. Arnold & Co. et al. (New York).

Opinion by BROWN, J.   Following *Wile* v. *United States* (T. D. 49494) the court held the sherry flavoring in question dutiable at 35 percent under paragraph 775 as claimed.

BEFORE THE SECOND DIVISION, JANUARY 13, 1939

**No. 40416.**—Protests 836228–G, etc., of Bullocks, Inc., et al. (Los Angeles).

Opinion by TILSON, J.   Mufflers in chief value of silk, hemmed or hemstitched, similar to those involved in Abstract 26903 were held dutiable at 60 percent under paragraph 1209 as claimed.

**No. 40417.**—Protest 958320–G of Bullocks, Inc. (Los Angeles).

Opinion by TILSON, J.   Mufflers in chief value of silk, hemmed or hemstitched, similar to those involved in Abstract 26903 were held dutiable at 60 percent under paragraph 1209 as claimed.

**No. 40418.**—Protests 978658, etc., of A. Eckstein & Co. et al. (New York).

Opinion by TILSON, J.   Yarns in chief value of artificial silk similar to the merchandise involved in Abstract 39472 were held dutiable at 40 cents per pound under paragraph 31 as claimed.

**No. 40419.**—Protests 877708–G, etc., of J. L. Hudson Co. et al. (Detroit, etc.).

Opinion by TILSON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 40420.**—Protests 920749–G, etc., of Wm. Filene's Sons Co. et al. (Boston, etc.).

Opinion by TILSON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.